UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

TIMOTHY WAYNE BUNKER, JR.,

Defendant.
______________________________/

No.

INDICTMENT
**PENALTY SHEET**

**COUNTS 1 through 3 –** Receipt of Child Pornography—18 U.S.C. § 2252A(a)(2)(A)

**Maximum penalty:** Not less than 15 years and up to 40 years and/or $250,000 fine [18 U.S.C. § 2252A(b)(1); 18 U.S.C. § 3571]

**Supervised Release:** Not less than 5 years and up to life [18 U.S.C. § 3583] (Class B Felony, 18 U.S.C. § 3559)

**Special Assessment**: $100, $5,000, and up to $35,000 [18 U.S.C. §§ 3013, 3014, 2259A]

**Restitution**: Mandatory [18 U.S.C. § 3663A]

**Other**: Sex offender registration

**COUNT 4 –** Access with Intent to View Child Pornography—18 U.S.C. § 2252A(a)(5)

**Maximum penalty:** Not less than 10 years and up to 20 years and/or $250,000 fine [18 U.S.C. § 2252A(b)(2); 18 U.S.C. § 3571]

**Supervised Release:** Not less than 5 years and up to life [18 U.S.C. § 3583] (Class C Felony, 18 U.S.C. § 3559)

**Special Assessment**: $100, $5,000, and up to $17,000 [18 U.S.C. §§ 3013, 3014, 2259A]

**Restitution**: Mandatory [18 U.S.C. § 3663A]

**Other**: Sex offender registration

**FORFEITURE**

Date: September 15, 2026

/s/*Alexis M. Sanford*
Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046